Decided September 15, 1993*

---

### Barbara Thoma et al. *v.* Planning and Zoning Commission of the Town of Canterbury

The plaintiffs' petition for certification for appeal from the Appellate Court, 31 Conn. App. 643 (AC 11524), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that: (a) Canterbury Zoning Regulation § 4.12.3 requires, as a condition precedent to subdivision approval, inland wetlands approval; and (b) the zoning regulation conflicts with General Statutes § 8-26?"

The Supreme Court docket number is SC 14830.

*Angela Hawkins Fichter,* in support of the petition.

*Edward E. Moukawsher,* in opposition.